IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA BOLTON                                                                                             PLAINTIFF

vs.                                             Civil No. 4:15-cv-04117

CAROLYN COLVIN                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 10th day of May 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the Defendant's Unopposed Motion to Remand.  ECF No. 11.  The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE